■ In the Matter of MONROE COMMUNITY HOSPITAL, by COUNTY OF MONROE, Appellant, v COMMISSIONER OF HEALTH OF STATE OF NEW YORK et al., Respondents. (Appeal No. 2.) [735 NYS2d 439] —Appeal unanimously dismissed without costs (see, *Matter of Kolasz v Levitt,* 63 AD2d 777, 779). (Appeal from Amended Judgment of Supreme Court, Monroe County, Barry, J.—CPLR art 78.) Present—Green, J. P., Hayes, Scudder, Kehoe and Burns, JJ.